UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-21979-CIV-UNGARO BENAGES

PHILLIP BUTLER
    PETITIONER,

VS.

JAMES V. CROSBY JR.,
    RESPONDENT.

_____/

MOTION TO ALTER/RELIEF FROM
JUDGMENT OR ORDER

COMES NOW, PETITIONER PHILLIP BUTLER, PRO SE, IN THE ABOVE-STYLED CAUSE PURSUANT TO FED. R. OF CIV. PRO. RULE 60(B), HEREWITH MOVES THIS HONORABLE COURT TO ALTER/AND GRANT HIM RELIEF FROM JUDGMENT OR ORDER OF THIS COURT DATED JUNE 2, 2004.

IN SUPPORT THEREOF, PETITIONER SUBMITS AS FOLLOWS:

I.

ON JUNE 2, 2004, THIS HONORABLE COURT ENTERED AN ORDER AFFIRMING THE MAGISTRATE'S REPORT AND DISMISSING PETITIONER'S PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS AS TIME-BARRED PURSUANT TO 28 U.S.C. § 2244(d).

THE COURT'S DISMISSAL INDICATES THAT PETITIONER'S CONVICTION BECAME FINAL ON MARCH 6, 2001, NINETY DAYS AFTER THE INSSUANCE OF THE ORDER AFFIRMING UPON DIRECT APPEAL PETITIONER'S CONVICTIONS AND AT WHICH TIME PETITIONER'S RIGHT TO PETITION



THE UNITED STATES SUPREME COURT FOR A WRIT OF CERTIORARI FROM HIS DIRECT APPEAL EXPIRED. (SEE THE DISMISSAL AT PG. 3)

THE COURT'S DISMISSAL FURTHER INDICATES THAT THE STATUTE OF LIMITATIONS EXPIRED ON JULY 2, 2003 -- FIFTEEN (15) DAYS BEFORE PETITIONER FILED HIS PETITION FOR FEDERAL HABEAS RELIEF AND FOUND THE PETITION TIME-BARED BY OPERATION OF THE STATUTE OF LIMITATION IMPOSED BY § 2244(d)(1). (SEE DISMISSAL AT PG. 3).

## II.

THE CHRONOLOGY OF THE CASE DEMONSTRATES THE FOLLOWING:

FOLLOWING A JURY TRIAL, PETITIONER WAS FOUND GUILTY IN THE ABOVE CAPTION AND WAS SENTENCED ON AUGUST 6, 1999.

SUBSEQUENTLY, PETITIONER PROSECUTED A DIRECT APPEAL OF HIS CRIMINAL CONVICTION.

ON DECEMBER 6, 2000, THE FLORIDA THIRD DISTRICT COURT OF APPEAL AFFIRMED PETITIONER'S CONVICTION PER CURIAM WITHOUT A WRITTEN OPINION, AND ON DECEMBER 22, 2000, THE COURT ISSUED A MANDATE.

ON OCTOBER 19, 2001, COUNSEL FOR PETITIONER FILED A MOTION FOR POST-CONVICTION RELIEF PURSUANT TO FLORIDA RULE OF CRIMINAL PROCEDURE 3.850.

ON MAY 9, 2002, THE TRIAL COURT DENIED PETITIONER'S RULE 3.850 MOTION AND PETITIONER APPEALED.

ON SEPTEMBER 11, 2002, THE THIRD DISTRICT COURT OF APPEAL AFFIRMED THE DENIAL OF PETITIONER'S MOTION FOR POST-CONVICTION RELIEF PER CURIAM WITHOUT A WRITTEN OPINION. <u>BUTLER V. STATE</u>, 837 SO.2d 984 (2002), FOR WHICH THE MANDATE ISSUED ON FEBRUARY 17, 2003.

ON JULY 17, 2003, PETITIONER FILED THE INSTANT PETITION IN QUESTION.

## III.

AFTER THOROUGHLY CHRONICLIZE THE SEQUENCES OF THE CASE, THE PETITIONER FOUND THAT THIS HONORABLE COURT HAD MISTAKENLY, INADVERTENTLY OR UNDER THE MISCONCEPTION

THAT PETITIONER'S CONVICTION BECAME FINAL BY THE FLORIDA THIRD DISTRICT OF APPEAL ON MARCH 6, 2001.

THE PETITIONER MAINTAINS THE POSITION THAT HIS HABEAS PETITION WAS TIMELY FILED BECAUSE HIS CONVICTION BECAME FINAL ON DECEMBER 22, 2000, THE DATE FLORIDA THIRD DISTRICT COURT OF APPEAL ISSUED THE MANDATE NOT ON DECEMBER 6, 2000 AS HELD BY THIS COURT.

STATE LAW HELD THAT THE DECISION OF A APPELLATE COURT BECOMES FINAL WHEN THE COURT ISSUES A "MANDATE" UNDER RULE 9.340. <u>BLACKHAWK HEATING & PLUMBING CO. INC. V. DATA LEASE FIN. CORP.</u>, 328 So.2d 825 (FLA. 1975).

THUS, PETITIONER'S CONVICTION BECAME FINAL ON MARCH 22, 2001, NINTY DAYS AFTER THE ISSUANCE OF WHICH TIME PETITIONER'S RIGHT TO PETITION THE UNITED STATES SUPREME COURT FOR A WRIT OF CERTIORARI FROM PETITIONER'S DIRECT STATE COURT APPEAL EXPIRED. See <u>BOND V. MOORE</u>, 309 F.3d 770, 773-74 (11th CIR. 2002).

HAD THIS HONORABLE COURT PROPERLY CALCULATED THE TIME FROM MARCH 22, 2000, THE DATE OF THE ENTRY OF JUDGMENT BY A STATE COURT OF THE LAST RESORT, IT WOULD HAVE FOUND THE PETITION IN QUESTION WAS TIMELY FILED, ONE DAY BEFORE THE STATUTE OF LIMITATION RUNNED OUT.

WHEREFORE, SINCE PETITIONER HAS TIMELY FILED HIS PETITION FOR RELIEF, THE PETITIONER PRAYS THAT THIS HONORABLE COURT TO GRANT HIM RELIEF FROM JUDGMENT OR ORDER ENTERED BY THE COURT ON JUNE 2, 2004, AND ALLOW THE PETITION TO PROCEED AS TIMELY FILE PURSUANT TO § 2244 (d).

/s/ Phillip Butler
PHILLIP BUTLER   PRO SE
EVERGLADES CORRECTIONAL INSTITUTION
P.O. BOX 949000
MIAMI, FLORIDA 33194-9000

UNDER THE PENALTY OF PERJURY I DECLARE THAT I HAVE READ THE FOREGOING MOTION FOR RELIEF FROM JUDGMENT OR ORDER AND THE FACTS STATED IN IT ARE TRUE IN ACCORDANCE WITH THE FLORIDA STATUTES § 92.525.

/s/ Phillip Butler 7-26-04
PETITIONER     PRO-SE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION HAS BEEN FURNISHED BY U.S. MAIL TO: OFFICE OF THE CLERK, SOUTHERN DISTRICT COURT OF FLORIDA, 301 N. MIAMI AVE. ROOM 150, MIAMI, FLORIDA 33128-7188 ON JULY 26 2004.

Phillip Butler 7-26-04
PETITIONER     PRO-SE