# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
Clerk of Court

Appeals Section
Date: 5/3/2005

FILED by _____ D.C.
APPEALS
MAY 03 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

## ORIGINAL FILE

IN RE:   District Court No: 03-21979-cv   UUB

U.S.C.A No: 04-16213-C

Style: BUTLER V. DEPT OF CORRECTIONS

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

____ Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check ____.

**X** ORIGINAL FILE ☑ YES ☐ NO

Date(s) of other notices: _____

____1____ volume(s) of pleadings   ____0____ volume(s) of transcripts

____X____ EXPANSION: ____1____ EXPANSION FOLDER CONTAINING DE# 7

____ There was no hearing from which a transcript could be made.

____ Copy of CJA form appointing counsel.

____ The following materials were SEALED in this court (order enclosed):

____ The appellate docket fee has been paid ☐ YES ☐ NO

Date Paid _____

____ Appellant has been granted leave to appeal in Forma Pauperis (copy of granting IFP is enclosed)

**X** The Judge or Magistrate appealed from is: Ursula Ungaro-Benages

**X** The court reporter(s) is/are: William Romanishin

____ This is an appeal of a bankruptcy order.

____ Bankruptcy Judge: _____

____ This is a DEATH PENALTY appeal.

Sincerely,
Clarence Maddox, Clerk of Court

By: _____
Deputy Clerk

c: court file

☑ 301 N. Miami Avenue
Miami, Fl 33128-7788
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

```
                                                        PAW     CLOSED
                                                        APPEAL
                         U.S. District Court
                  Southern District of Florida (Miami)

                  CIVIL DOCKET FOR CASE #: 03-CV-21979
```

Butler v. Dept. of Corrections                      Filed: 07/24/03
Assigned to: Judge Ursula Ungaro-Benages
Demand: $0,000                                      Nature of Suit: 530
Lead Docket: None                                   Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 28:2254 Petition for Writ of Habeas Corpus (State)


PHILLIP BUTLER                         Phillip Butler
     plaintiff                         ppp
                                       #M21893
                                       [NTC] [PRO SE]
                                       Everglades Correctional
                                       Institution
                                       PO Box 949000
                                       Miami, FL 33194-9000


     v.


SECRETARY FOR THE DEPARTMENT           Richard L. Polin
OF CORRECTIONS                         [COR LD NTC]
     defendant                         Attorney General Office
                                       Department of Legal Affairs
                                       444 Brickell Avenue
                                       Suite 950
                                       Miami, FL 33131
                                       305-377-5441

                                       Douglas James Glaid, Asst.
                                       Atty. General
                                       FTS 712-4761
                                       [COR LD NTC]
                                       Attorney General Office
                                       Department of Legal Affairs
                                       110 SE 6th Street
                                       9th & 10th Floor Republic Tower
                                       Fort Lauderdale, FL 33301
                                       954-712-4600


Docket as of May 2, 2005 10:08 am                   Page 1

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By: [signature]
Date: 5/3/05     Deputy Clerk

```
Proceedings include all events.                                    PAW
1:03cv21979 Butler v. Dept. of Corrections                 CLOSED APPEAL

7/24/03  (1)   COMPLAINT/PETITION for writ of habeas corpus 28 USC 2254
               filed; IFP ; Magistrate Judge Patrick A. White (sp)
               [Entry date 07/25/03]

7/24/03  (2)   Clerk's Order of Magistrate Judge Assignment to Magistrate
               Patrick A. White, re: Administrative Order (sp)
               [Entry date 07/25/03]

8/4/03   (3)   ORDER OF INSTRUCTIONS TO PRO SE LITIGANT ( Signed by
               Magistrate Judge Patrick A. White on 8/1/03) [EOD Date:
               8/5/03] (sp) [Entry date 08/05/03]

8/4/03   (4)   ORDER requiring filing of $5.00 fee or in the alternative
               a motion to proceed in forma pauperis be filed by 8/29/03 (
               Signed by Magistrate Judge Patrick A. White on 8/1/03) [EOD
               Date: 8/5/03] (sp) [Entry date 08/05/03]

8/25/03  (5)   CLERK'S RECEIPT for: filing fee paid by Phillip Butler .
               AMOUNT: $ 5.00 RECEIPT # 888002 (sp) [Entry date 08/26/03]

8/28/03  (6)   ORDER TO SHOW CAUSE 28 USC 2254 . Respondent's Response to
               Order to Show Cause/response to petition due 10/22/03 (
               Signed by Magistrate Judge Patrick A. White on 8/27/03)
               [EOD Date: 8/29/03] (sp) [Entry date 08/29/03]

9/26/03  (7)   RESPONSE to [6-1] Order to Show Cause by Dept. of
               Corrections (Attorney Douglas James Glaid) (wc)
               [Entry date 09/29/03]

10/20/03 (8)   REPORT of Magistrate Judge Patrick A. White Signed on:
               10/17/03 recommending that this petition for writ of habeas
               corpus be dismissed, as time barred. Case no longer
               referred. Objections to R and R due by 10/30/03 CCAP (ea)
               [Entry date 10/21/03]

10/23/03 (9)   MOTION by Phillip Butler to extend time (unnamed) (sp)
               [Entry date 10/27/03]

10/23/03 (9)   NOTICE of Change of Address of party by Phillip Butler (sp)
               [Entry date 10/27/03]

10/27/03 (10)  Request for documents/docket inquiry by Phillip Butler
               (copy docket sheet mailed to Mr. Butler) (sp)

11/3/03  (11)  Response to inquiry of limitation period by Phillip Butler
               (sp) [Entry date 11/04/03]

11/6/03  (12)  OBJECTION by Phillip Butler  to [8-1] report and
               recommendations (sp) [Entry date 11/07/03]

6/7/04   (13)  ORDER affirming, adopting and ratifying [8-1] report and
               recommendations; dismissing as time-barred [1-1] habeas
               corpus complaint ( Signed by Judge Ursula Ungaro-Benages on
               6/2/04) [EOD Date: 6/7/04] CCAP (wc)

Docket as of May 2, 2005 10:08 am                        Page 2
```

```
Proceedings include all events.                                    PAW
1:03cv21979 Butler v. Dept. of Corrections              CLOSED APPEAL
```

| Date | Doc# | Description |
|---|---|---|
| 6/7/04 | -- | CASE CLOSED. Case and Motions no longer referred to Magistrate. (wc) |
| 6/7/04 | 14 | ADMINISTRATIVE ORDER CLOSING CASE: All pending motions are DENIED AS MOOT. ( Signed by Judge Ursula Ungaro-Benages on 6/2/04) [EOD Date: 6/8/04] (wc) [Entry date 06/08/04] |
| 7/29/04 | 15 | MOTION by Phillip Butler to alter/reconsider [13-1] judgment or order (wc) [Entry date 07/30/04] |
| 10/28/04 | 16 | NOTICE of Inquiry by Phillip Butler (Copy of docket sheet sent on 10/29/04) (wc) [Entry date 10/29/04] |
| 11/9/04 | 17 | ORDER denying [15-1] motion to alter/reconsider [13-1] judgment or order ( Signed by Judge Ursula Ungaro-Benages on 11/8/04) [EOD Date: 11/10/04] (tb) [Entry date 11/10/04] |
| 11/23/04 | 18 | NOTICE OF APPEAL by Phillip Butler of [17-1] order  EOD Date: 11/10/04;  Filing Fee: $ (FEE NOT PAID);  Copies to USCA and Counsel of Record. (hh) [Entry date 11/24/04] |
| 11/23/04 | 19 | MOTION by Phillip Butler (Pro Se) to proceed in forma pauperis on appeal (hh) [Entry date 11/24/04] |
| 11/24/04 | -- | Certified copies of Notice of Appeal, Docket, and Order under appeal to USCA: [18-1] appeal  by Phillip Butler (hh) |
| 12/7/04 | 20 | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA on 11/29/04 as to Phillip Butler Re: [18-1] appeal USCA NUMBER: 04-16213-C (hh) [Entry date 12/08/04] |
| 12/15/04 | 21 | Transcript Information Form re: as to Phillip Butler [18-1] appeal  by Phillip Butler . No transcript requested. (nc) [Entry date 12/16/04] |
| 3/2/05 | 22 | ORDER denying [18-1] certificate of appealability ( Signed by Judge Ursula Ungaro-Benages on 3/1/05) [EOD Date: 3/2/05] (hh) |
| 3/2/05 | 23 | ORDER granting [19-1] motion to proceed in forma pauperis on appeal ( Signed by Judge Ursula Ungaro-Benages on 3/1/05) [EOD Date: 3/2/05] (hh) |
| 4/4/05 | 24 | ORDER from USCA pursuant to appellant's motion for extension of time to file certificate of appealbilty for an additional fifteen days from the date of this order is GRANTED (Signed by USCA on 3/30/05) [EOD Date: 4/4/05] (hh) |