# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 03, 2005



Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

**Appeal Number: 04-16213-C**   *PAW*
Case Style: Phillip Butler v. Sec. for the Dept. of Corr.
District Court Number: 03-21979 CV-UUB

The referenced appeal was dismissed June 16, 2005.

Enclosed herewith is a certified copy of this court's order reinstating this appeal.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Eleanor Dixon / spt (404) 335-6172

Encl.

REINST-1 (03-2004)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 04-16213-C

PHILLIP BUTLER,

                    Petitioner-Appellant,

versus

SECRETARY FOR THE DEPARTMENT OF CORRECTIONS,

                    Respondent-Appellee.

---

Appeal from the United States District Court for the
Southern District of Florida

---

Before    **BLACK and PRYOR, Circuit Judges.**

BY THE COURT:

    Appellant has filed a motion for reconsideration of this Court's order dated June 16, 2005, denying his motion for a certificate of appealability. Upon reconsideration, appellant's motion for a certificate of appealability is GRANTED on the following issue only:

    Whether the district court erred by denying appellant's motion for reconsideration brought pursuant to Federal Rule of Civil Procedure 60(b) in light of appellant's allegation that the district court incorrectly calculated the AEDPA's limitations period by determining that his criminal conviction became final on December 6, 2000, rather than on December 22, 2000. See Jackson v. Sec'y for the Dep't of Corr., 292 F.3d 1347, 1349 (11th Cir. 2002); Tinker v. Moore, 255 F.3d 1331, 1333 (11th Cir. 2001).